Thomas R. Burke (CA State Bar No. 141930)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111-6533
Telephone:      (415) 276-6500
Facsimile:       (415) 276-6599
Email:             thomasburke@dwt.com

Attorneys for Wenner Media LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JASMINE HUBBARD AND MARVEL MILLS, individually and on behalf of a class of similarly situated individuals,<br><br>         Plaintiffs,<br><br>    vs.<br><br>WENNER MEDIA LLC, a Delaware limited liability company<br>         Defendants. | Case No. 3:11-cv-04648-SI<br><br>**STIPULATED EXTENSION OF TIME FOR DEFENDANT TO ANSWER, MOVE OR OTHERWISE RESPOND TO COMPLAINT**<br><br>Judge   Hon. Edward M. Chen |

Plaintiffs Jasmine Hubbard and Marvel Mills, and defendant Wenner Media LLC, through their undersigned counsel, stipulate pursuant to Civil L.R. 6-1(a) that defendant Wenner Media LLC shall have until Friday, December 9, 2011 in which to answer, move, or otherwise respond to plaintiffs' Complaint.

Dated: November 4, 2011

EDELSON MCGUIRE LLP                              DAVIS WRIGHT TREMAINE LLP

By:   /s/ Sean Reis                                            By:  /s/ Thomas R. Burke
   Sean Reis                                                          Thomas R. Burke
   30021 Tomas Street, Suite 300                    505 Montgomery Street, Suite 800
   Rancho Santa Margarita, CA 92688            San Francisco, CA 94111-6533
   Phone: (949) 459-2124                                Phone: (415) 276-6500
   Attorneys for Jasmine Hubbard and Marvel   Attorneys for Wenner Media LLC
   Mills

IT IS SO ORDERED

_____
Edward M. Chen
U.S. District Judge

1

SFO 350905v1 44586-1