1    SEAN REIS (SBN 184004)
     sreis@edelson.com
2    EDELSON MCGUIRE, LLP
     30021 Tomas Street, Suite 300
3    Rancho Santa Margarita, California 92688
     Telephone: (949) 459-2124
4    Facsimile: (949) 459-2123

5    *Counsel for Plaintiffs*

6
                    IN THE UNITED STATES DISTRICT COURT
7                FOR THE NORTHERN DISTRICT OF CALIFORNIA
                          SAN FRANCISCO DIVISION
8

9    _____

10   JASMINE HUBBARD and MARVEL         Case No. 3:11-cv-04648-EMC
     MILLS, individually and on behalf of a
11   class of similarly situated individuals
                                        **STIPULATION AND [~~PROPOSED~~]**
12                                      **ORDER RE: (1) ENLARGEMENT OF**
                                        **BRIEFING SCHEDULE AND**
13                 Plaintiffs,          **RESCHEDULING OF HEARING ON**
                                        **DEFENDANT'S MOTION TO**
14        v.                            **DISMISS; AND (2) CONTINUANCE**
                                        **OF CASE MANAGEMENT**
15                                      **CONFERENCE**

16   WENNER MEDIA LLC, a Delaware
     limited liability company
17

18                 Defendant.

19   _____

20

21        Plaintiffs Jasmine Hubbard and Marvel Mills ("Plaintiffs") and Defendant Wenner Media

22   LLC ("Wenner"), by and through their counsel and subject to the Court's approval, hereby

23   STIPULATE AS FOLLOWS:

24        WHEREAS, on October 20, 2011, this Court entered an Order scheduling a Case

25   Management Conference for January 6, 2012, with a Joint Case Management Statement due by

26   December 30, 2011;

27

28

1    WHEREAS, on December 9, 2011, Defendant filed its Motion to Dismiss, Or, In The

2  Alternative, To Transfer To The Southern District Of New York ("Motion to Dismiss") (Docket No.

3  18), setting a hearing date of January 20, 2012;

4    WHEREAS, Plaintiffs' Response is due December 23, 2011, and Defendant's Reply is due

5  December 30, 2011;

6    WHEREAS, the Parties request a modest enlargement of the briefing schedule to

7  accommodate their holiday travel plans, along with a short continuance of the hearing based on the

8  enlarged briefing schedule;

9    WHEREAS, there have been no previous time modifications in this matter;

10    WHEREAS, the Parties request that Plaintiffs' date to Respond is extended to January 13,

11  2012, Defendant's date to Reply is extended to February 3, 2012; and the hearing on the Motion to

12  Dismiss is continued to February 17, 2012; and

13    WHEREAS the parties also request a modest continuance of the Case Management

14  Conference to February 17, 2012 to coincide with the hearing on the Motion to Dismiss, along with a

15  new deadline to file a Joint Case Management Statement of February 10, 2012;

16    NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED TO BETWEEN THE

17  PARTIES THAT, subject to the Court's approval:

18    On or before January 13, 2012, Plaintiffs shall file their Response in Opposition to

19  Defendant's Motion to Dismiss.  Defendant shall file its Reply, if any, on or before February 3, 2012.

20  The hearing on the Motion to Dismiss shall be continued to February 17, 2012.  Further, the Case

21  //

22  //

23  //

24  //

25

26                                               -2-

27  Case No. 3:11-cv-04648-EMC
    *STIPULATION AND [Proposed] ORDER*

28

1   Management Conference shall be continued to February 17, 2012, and the parties shall file their Joint

2   Case Management Statement by February 10, 2012.

3

4   Dated:  December 14, 2011

5                                               By: /s/ Sean P. Reis

6                                                   Edelson McGuire LLP
                                                    One of Plaintiffs' attorneys
7
    Dated:  December 14, 2011
8
9                                               By: /s/ Camille Calman

10                                                  Davis Wright Tremaine LLP
                                                    One of Defendant's attorneys
11
12                              General Rule 45X Certification:
         I, Sean Reis, hereby attest that I have permission from Camille Calman to electronically sign this
13                                document on her and her firm's behalf.

14

15

16

17

18

19

20

21

22

23

24

25

26                                              -3-

27   Case No. 3:11-cv-04648-EMC
     *STIPULATION AND [Proposed] ORDER*
28

PURSUANT TO STIPULATION, IT IS ORDERED THAT:  On or before January 13, 2012, Plaintiffs shall file their Response in Opposition to Defendant's Motion to Dismiss. Defendant shall file its Reply, if any, on or before February 3, 2012.  The hearing on the Motion to Dismiss shall be continued to February 17, 2012, at 1:30 p.m.

Further, the Case Management Conference is continued to February 17, 2012 at 1:30 p.m.  The parties shall file a Joint Case Management Statement on or before February 10, 2012.

Dated:    12/16/11          Signature                                          en                              
                                                                                      District Court



4