# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| JASMINE HUBBARD and MARVEL MILLS, individually and on behalf of a class of similarly situated individuals<br><br>Plaintiffs,<br><br>v.<br><br>WENNER MEDIA LLC, a Delaware limited liability company<br><br>Defendant. | Case No. 3:11-cv-04648-EMC<br><br>**STIPULATION AND [Proposed] ORDER GRANTING PLAINTIFFS LEAVE TO FILE OVERSIZED BRIEF** |

Plaintiffs Jasmine Hubbard and Marvel Mills ("Plaintiffs") and Defendant Wenner Media LLC ("Defendant"), by and through their counsel and subject to the Court's approval, hereby STIPULTE AS FOLLOWS:

WHEREAS, Plaintiffs filed their Complaint on September 20, 2011 (Dkt. No. 1);

WHEREAS, on December 9, 2011, Defendant filed its Motion to Dismiss, Or, In the Alternative, To Transfer to the Southern District of New York (Dkt. No. 18);

WHEREAS, Defendants' Motion raises complex issues of law and fact relating to the substance of Plaintiffs' Complaint as well as Plaintiffs' choice of forum;

WHEREAS, Plaintiffs' Response in Opposition to Defendant's Motion is due on January 12, 2012;

1. WHEREAS, Plaintiffs request five (5) additional pages for its Response in Opposition to Defendant's Motion;

2. WHEREAS, Defendant does not oppose Plaintiff's Administrative Motion to File Oversized Brief, filed contemporaneously with this Stipulation.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED TO BETWEEN THE PARTIES THAT, subject to the Court's approval:

Plaintiffs may exceed the page limit set forth in Civil Local Rule 7-11 in their Response in Opposition to Defendant's Motion to Dismiss, Or, In the Alternative, To Transfer to the Southern District of New York by five (5) pages.

Dated:  January 12, 2012          /s/ Sean P. Reis
                                  SEAN REIS - (sreis@edelson.com) SBN 184044
                                  EDELSON MCGUIRE LLP
                                  30021 Tomas Street, Suite 300
                                  Rancho Santa Margarita, California 92688
                                  Tel: (949) 459-2124
                                  Fax: (949) 459-2123


                                  *Attorney for Plaintiffs and the Putative Class*


Dated:  January 12, 2012          /s/ Thomas R. Burke
                                  Thomas R. Burke – (CA State Bar No. 141930)
                                  DAVIS WRIGHT TREMAINE LLP
                                  505 Montgomery Street, Suite 800
                                  San Francisco, CA 94111
                                  Telephone:  (415) 276-6500
                                  Facsimile:  (415) 276-6599
                                  Email:  thomasburke@dwt.com

                                  Sharon L. Schneier
                                  Camille Calman
                                  DAVIS WRIGHT TREMAINE LLP
                                  1633 Broadway – 27th Floor
                                  New York, NY 10019
                                  Telephone: (212) 489-8230
                                  Facsimile:  (212) 489-8340
                                  Email:  sharonschneier@dwt.com
                                  Email:  camillecalman@dwt.com

                                  *Attorneys for Defendant Wenner Media LLC*

3

Case No. 11-CV-04658-EMC
*STIPULATION AND [Proposed] ORDER GRANTING PLAINTIFF LEAVE TO FILE OVERSIZED BRIEF*

1  PURSUANT TO STIPULATION, IT IS ORDERED that Plaintiff be permitted to
2  exceed the page limit set forth in Civil Local Rule 7-11 by five (5) pages.

3
4  Dated: 1/13/12          Signature: _____
                                      Honorable Edward M. Chen
5                                     Judge of the United States District C

*IT IS SO ORDERED*
*Judge Edward M. Chen*

Case No. 11-CV-04658-EMC
*STIPULATION AND [Proposed] ORDER GRANTING PLAINTIFF LEAVE TO FILE OVERSIZED BRIEF*