Sean Reis (SBN 184004)
sreis@edelson.com
Edelson McGuire, LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Telephone: (949) 459-2124
Facsimile: (949) 459-2123

Ryan D. Andrews (*admitted pro hac vice*)
Edelson McGuire, LLC
350 North LaSalle Street, 13th Fl.
Chicago, Illinois 60654
Telephone: (312) 589-6370
Facsimile: (312) 589-26378
randrews@edelson.com

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JASMINE HUBBARD AND MARVEL MILLS, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>WENNER MEDIA LLC, a Delaware limited liability company<br><br>Defendant. | Case No. 3:11-cv-04648-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE SETTLEMENT CONFERENCE**<br><br>Judge: Hon. Maria-Elena James |

Pursuant to Civil Local Rules 6-1(b) and 6-2 of the United States District Court for the Northern District of California and the Magistrate Judge's Order Setting Settlement Conference (Dkt. 54), it is hereby stipulated by and among Plaintiffs Jasmine Hubbard and Marvel Mills and Defendant Wenner Media LLC (collectively the "Parties"), by and through their respective counsel of record, as follows:

WHEREAS, Plaintiff filed the Complaint in this case on September 20, 2011 (dkt. 1);

WHEREAS, the Parties agreed to participate in a settlement conference with the Hon. Maria-Elena James (dkt. 52);

1     WHEREAS, Magistrate Judge James entered an Order setting a Settlement Conference for
2 May 2, 2012 at 10:00 a.m. (dkt. 54);

3     WHEREAS, Judge Chen entered an order resetting the Case Management Conference, as
4 well as the hearing date on Defendant's Motion to Dismiss, to August 24, 2012 (*see* dkt. 58);

5     WHEREAS, Magistrate Judge James' chambers has informed the Parties that July 25, 2012
6 is an available date to hold the Settlement Conference;

7     WHEREAS, Magistrate James' chambers has informed the Parties that rescheduling the
8 Settlement Conference to July 25, 2012 is acceptable;

9     WHEREAS, this is the Parties' first request to continue the date of the settlement
10 conference.

11     Pursuant to L.R. 6-2, IT IS HEREBY STIPULATED AND AGREED by the Parties,
12 through their counsel, that, with the Court's agreement, the settlement conference be reset from
13 May 2, 2012 to July 25, 2012.  IT IS SO STIPULATED.

14     DATED this 18th day of April 2012.

15 EDELSON MCGUIRE LLP      DAVIS WRIGHT TREMAINE LLP

16 By: __/s/ Sean Reis_____      By: __/s/ Thomas R. Burke_____
    Sean Reis      Thomas R. Burke
17     30021 Tomas Street, Suite 300      505 Montgomery Street, Suite 800
    Rancho Santa Margarita, CA 92688      San Francisco, CA 94111-6533
18     Phone: (949) 459-2124      Phone: (415) 276-6500
    Attorneys for Jasmine Hubbard and Marvel      Attorneys for Wenner Media LLC
19     Mills

20     **ORDER**

21     Pursuant to stipulation, the foregoing is approved and IT IS SO ORDERED.

22     IT IS SO ORDERED.

23 DATED:  April _19_, 2012

24     _____
25     THE HONORABLE MARIA-ELENA JAMES
    UNITED STATES MAGISTRATE JUDGE

26

27

28

STIPULATION
Case No. CV-11-04648 EMC