Sean Reis (SBN 184004)
sreis@edelson.com
Edelson McGuire, LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Telephone: (949) 459-2124
Facsimile: (949) 459-2123

Ryan D. Andrews (*admitted pro hac vice*)
Edelson McGuire, LLC
350 North LaSalle Street, 13th Fl.
Chicago, Illinois 60654
Telephone: (312) 589-6370
Facsimile: (312) 589-26378
randrews@edelson.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| JASMINE HUBBARD AND MARVEL MILLS, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>WENNER MEDIA LLC, a Delaware limited liability company<br><br>Defendant. | Case No. 3:11-cv-04648-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE SETTLEMENT CONFERENCE**<br><br>Judge: Hon. Maria-Elena James |

Pursuant to Civil Local Rules 6-1(b) and 6-2 of the United States District Court for the Northern District of California and the Magistrate Judge's Order Setting Settlement Conference (Dkt. 54), it is hereby stipulated by and among Plaintiffs Jasmine Hubbard and Marvel Mills and Defendant Wenner Media LLC (collectively the "Parties"), by and through their respective counsel of record, as follows:

WHEREAS, Plaintiff filed the Complaint in this case on September 20, 2011 (dkt. 1);

WHEREAS, the Parties agreed to participate in a settlement conference with the Hon. Maria-Elena James (dkt. 52);

WHEREAS, Magistrate Judge James entered an Order setting a Settlement Conference for May 2, 2012 at 10:00 a.m. (dkt. 54);

WHEREAS, on April 18, 2012, the Parties stipulated to reset the Settlement Conference in this case to July 25, 2012 (dkt. 59);

WHEREAS, Magistrate Judge James issued an Order resetting the Settlement Conference to July 25, 2012 (dkt. 60);

WHEREAS, Plaintiff has been diligently seeking discovery from third-parties that possess information relevant to this lawsuit including third-parties Revenue Enhancement Consultants, Inc. and Trifecta Marketing Group, Inc. ("Trifecta");

WHEREAS, on April 17, 2012, Plaintiff issued a *subpoena duces tecum* on Trifecta seeking information that would facilitate meaningful settlement discussions between the Parties;

WHEREAS, Plaintiff expected to receive the documents from Trifecta in advance of the July 25, 2012 settlement conference;

WHEREAS, on May 29, 2012, Trifecta responded to Plaintiff's subpoena with a very limited number of documents that were already produced by other third-parties, and further informed Plaintiff that it could not produce additional documents due to a "memory loss" on one of its computers;

WHEREAS, Plaintiff has been communicating with Trifecta to determine alternative locations of electronically stored information ("ESI") in Trifecta's possession;

WHEREAS, should Plaintiff and Trifecta be unable to resolve their discovery disputes informally, Plaintiff will request a meet-and-confer in advance of Plaintiff's motion to compel;

WHEREAS, the Parties agree that it would not be an efficient use of the Parties' or the Court's time and resources to conduct a settlement conference on July 25, 2012 without the

2

evidence necessary to have meaningful settlement discussions;

WHEREAS, Magistrate Judge James' chambers has informed the Parties that November 13, 2012 is an available date to hold the Settlement Conference;

WHEREAS, Magistrate James' chambers has informed the Parties that rescheduling the Settlement Conference to November 13, 2012 is acceptable;

WHEREAS, this is the Parties' second request to continue the date of the settlement conference.

Pursuant to L.R. 6-2, IT IS HEREBY STIPULATED AND AGREED by the Parties, through their counsel, that, with the Court's agreement, the settlement conference be reset from July 25, 2012 to November 13, 2012.  IT IS SO STIPULATED.

DATED this 16th day of July 2012.

EDELSON MCGUIRE LLP

By: __/s/  Sean Reis_____
    Sean Reis
    30021 Tomas Street, Suite 300
    Rancho Santa Margarita, CA 92688
    Phone: (949) 459-2124
    Attorneys for Jasmine Hubbard and Marvel Mills

DAVIS WRIGHT TREMAINE LLP

By: __/s/  Thomas R. Burke_____
    Thomas R. Burke
    505 Montgomery Street, Suite 800
    San Francisco, CA 94111-6533
    Phone: (415) 276-6500
    Attorneys for Wenner Media LLC

### **ORDER**

Pursuant to stipulation, the foregoing is approved and IT IS SO ORDERED.

IT IS SO ORDERED.

DATED:  July _19_, 2012

_____
THE HONORABLE MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATION**

I, Sean Reis, am the ECF User whose identification and password are being used to file this *Stipulation And [Proposed] Order to Reschedule Settlement Conference*. In compliance with General Order 45.X.B., I hereby attest that the Counsel whose electronic signatures appear on this document have concurred in this filing and that the same will be delivered to those registered with the Court's CM/ECF system.

Dated: July 16, 2012

                                        EDELSON MCGUIRE LLP

                                        /s/ Sean Reis
                                        Sean Reis
                                        3021 Tomas Street, Suite 300
                                        Rancho Santa Margarita, CA 92688
                                        Phone: (949) 459-2124

                                        Attorneys for Jasmine Hubbard and Marvel Mills

STIPULATION
Case No. CV-11-04648 EMC