1
Sean Reis (SBN 184004)
sreis@edelson.com
2
Edelson McGuire, LLP
30021 Tomas Street, Suite 300
3
Rancho Santa Margarita, California 92688
Telephone: (949) 459-2124
4
Facsimile: (949) 459-2123

5
Ryan D. Andrews (*admitted pro hac vice*)
Edelson McGuire, LLC
6
350 North LaSalle Street, 13th Fl.
Chicago, Illinois 60654
7
Telephone: (312) 589-6370
Facsimile: (312) 589-26378
8
randrews@edelson.com

9
*Counsel for Plaintiffs*

10
**UNITED STATES DISTRICT COURT**
11
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**
12

13
JASMINE HUBBARD AND MARVEL
MILLS, individually and on behalf of a class
of similarly situated individuals,
14

15
Plaintiffs,

16
vs.

17
WENNER MEDIA LLC, a Delaware limited
liability company
18

Defendant.
19

Case No. 3:11-cv-04648-EMC

**STIPULATION AND [PROPOSED]
ORDER TO RESET DATES OF INITIAL
CASE MANAGEMENT CONFERENCE
AND ARGUMENT ON MOTION**

Judge: Hon. Edward M. Chen

20
        Pursuant to Civil Local Rules 6-1(b) and 6-2 of the United States District Court for the

21
Northern District of California and Rule 4 of Civil Standing Order – General of the Honorable

22
Edward M. Chen, it is hereby stipulated by and among Plaintiffs Jasmine Hubbard and Marvel

23
Mills and Defendant Wenner Media LLC (collectively the "Parties"), by and through their

24
respective counsel of record, as follows:

25
        1.      Plaintiffs filed the Complaint in this case on September 20, 2011.  On December 9,

26
2011, Defendant filed a Motion to Dismiss or, in the Alternative, to Transfer to the Southern

27
District of New York ("Defendant's Motion").  Defendant's Motion has been fully briefed and

28
oral argument was originally scheduled for February 17, 2012.

1

2.      The Parties wished to engage in settlement discussions, indicated a desire to schedule an early settlement conference with a Magistrate Judge, and had an ADR phone conference on February 14, 2012.  In addition, the Parties had reason to believe that limited discovery by plaintiffs from certain non-party entities would maximize the Parties ability to engage in meaningful settlement discussions.

3.      In consideration of this, the Parties stipulated to a Stay of sixty (60) days, which this Court signed on February 13, 2012.  (Dkt. 49.)  During the stipulated period, the Parties requested that this Court issue no decision on Defendant's Motion.

4 .     The Parties again stipulated to move the hearing date on Defendant's Motion from April 20, 2012 to August 17, 2012.  (Dkt. 57.)

5.      Additionally, the Parties have agreed and stipulated to reschedule the settlement conference date twice, first from May 2, 2012 to July 25, 2012 (*see* dkt. 59), and again from July 25, 2012 to November 13, 2012.  (Dkt. 61.)  The Parties agreed to reschedule the settlement conference to November 13 due to unexpected delays in the third-party discovery process.  (*See* Dkt. 61.)

6.      The Parties believe that rescheduling the Case Management Conference and hearing date on Defendant's Motion would be in the best interests of judicial efficiency and economy.

7.      This stipulation would alter certain preliminary deadlines established by this Court, including the obligation to file a Joint Case Management Statement in advance of the Case Management Conference currently scheduled for August 24, 2012 at 9:00 a.m.

a.      The Initial Case Management Conference scheduled for Friday, August 24, 2012 shall be continued to Friday, November 2, 2012 at 9:00 a.m. in Courtroom 5, 17th Floor, 450 Golden Gate Avenue, San Francisco, California, or as soon thereafter as is convenient for the Court.

b.      Oral argument on Defendant's Motion shall be continued to the same date and time as the Initial Case Management Conference, or as soon thereafter as is convenient for the Court.

2

1          c.      The August 17, 2012 deadline for the Parties to file a Joint Case

2 Management Statement shall be continued to October 26, 2012.

3          This is the fourth stipulated time modification in this case; on November 7, 2011, the

4 Parties filed a joint stipulation to extend the time for Defendant to answer, move or otherwise

5 respond to the Complaint, and the Court so ordered on November 9, 2011.  On February 10, 2012,

6 the Parties filed a stipulation and proposed order to reset the Case Management Conference and

7 oral argument on Defendant's Motion, which the Court so ordered on February 13, 2012.  On

8 April 9, 2012, the Parties filed a stipulation and proposed order to reset the Case Management

9 Conference and oral argument on Defendant's Motion, which the Court so ordered on April 10,

10 2012.  No trial date has been set, so this extension will not require that a trial date be rescheduled,

11 but it will require that the Initial Case Management Conference and related deadlines be

12 rescheduled, as set forth *supra*.

13          IT IS SO STIPULATED.

14          DATED this 3rd day of August 2012.

15 EDELSON MCGUIRE LLP                    DAVIS WRIGHT TREMAINE LLP

16

17 By:___/s/ Sean Reis_____      By:_/s/  Thomas R. Burke_____
      Sean Reis                                Thomas R. Burke
18    30021 Tomas Street, Suite 300            505 Montgomery Street, Suite 800
      Rancho Santa Margarita, CA 92688         San Francisco, CA 94111-6533
19    Phone: (949) 459-2124                    Phone: (415) 276-6500
      Attorneys for Jasmine Hubbard and Marvel  Attorneys for Wenner Media LLC
20    Mills

21                              **ORDER**

22          Pursuant to stipulation, the foregoing is approved and IT IS SO ORDERED.

23          IT IS FURTHER ORDERED that the April 20. 2012 Initial Case Management Conference
                                                        1:30 p.m.
24 shall be rescheduled to Friday, November 2, 2012, at 9:00 a.m. in Courtroom 5, 17th Floor, 450

   Golden Gate Avenue, San Francisco, California.  A joint CMC Statement shall be filed by
25                                                  October 26, 2012.  Defendant's motion
          IT IS SO ORDERED.                         to dismiss will be heard on November 2,
26                                                  2012 at 1:30 p.m.
27 DATED:  August ___7___, 2012

28                                        _____
                                          THE HONORABLE EDWARD M. CHEN
                                          UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED
MODIFIED
Judge Edward M. Chen

STIPULATION
Case No. C 11-4648-EMC