Sean Reis (SBN 184004)
sreis@edelson.com
Edelson McGuire, LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Telephone: (949) 459-2124
Facsimile: (949) 459-2123

Ryan D. Andrews (*admitted pro hac vice*)
Edelson McGuire, LLC
350 North LaSalle Street, 13th Fl.
Chicago, Illinois 60654
Telephone: (312) 589-6370
Facsimile: (312) 589-26378
randrews@edelson.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| JASMINE HUBBARD AND MARVEL MILLS, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>WENNER MEDIA LLC, a Delaware limited liability company<br><br>Defendant. | Case No. 3:11-cv-04648-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO RESET DATES OF INITIAL CASE MANAGEMENT CONFERENCE AND ARGUMENT ON MOTION**<br><br>Judge: Hon. Edward M. Chen |

Pursuant to Civil Local Rules 6-1(b) and 6-2 of the United States District Court for the Northern District of California and Rule 4 of Civil Standing Order – General of the Honorable Edward M. Chen, it is hereby stipulated by and among Plaintiffs Jasmine Hubbard and Marvel Mills and Defendant Wenner Media LLC (collectively the "Parties"), by and through their respective counsel of record, as follows:

1.   Plaintiffs filed the Complaint in this case on September 20, 2011. On December 9, 2011, Defendant filed a Motion to Dismiss or, in the Alternative, to Transfer to the Southern District of New York ("Defendant's Motion"). Defendant's Motion has been fully briefed and oral argument was originally scheduled for February 17, 2012.

2. The Parties wished to engage in settlement discussions, indicated a desire to schedule an early settlement conference with a Magistrate Judge, and had an ADR phone conference on February 14, 2012. In addition, the Parties had reason to believe that discovery from third-parties would maximize the Parties ability to engage in meaningful settlement discussions.

3. In consideration of this, the Parties stipulated to a Stay of sixty (60) days, which this Court signed on February 13, 2012. (Dkt. 49.) During the stipulated period, the Parties requested that this Court issue no decision on Defendant's Motion.

4 . The Parties again stipulated to move the hearing date on Defendant's Motion from April 20, 2012 to August 17, 2012. (Dkt. 57.)

5. Due to delays in the discovery process, the Parties stipulated to move the settlement conference date, as well as the hearing date on Defendant's Motion that was scheduled for August 17, 2012. (Dkt. 63.)

6. On August 7, 2012, the Court entered an Order setting the hearing date on Defendant's Motion to Dismiss, as well as the Case Management Conference, for November 2, 2012. (Dkt. 64.)

7. Since the entry of that Order, the Parties have received additional third-party discovery and have begun discussing an alternative settlement model.

8. The Parties believe that they will be able to determine in the next few weeks if the settlement of this matter pursuant to the terms currently under discussion can be effectuated and that it would be in the best interests of judicial economy and efficiency to continue the hearing on Defendant's Motion to Dismiss and the Case Management Conference.

9. This Stipulation will be the last request for a continuance of hearing on Defendant's Motion and the Case Management Conference.

10. This stipulation would alter certain preliminary deadlines established by this Court, including the obligation to file a Joint Case Management Statement in advance of the Case Management Conference currently scheduled for November 2, 2012 at 1:30 p.m.

1         a.      The Initial Case Management Conference scheduled for Friday, November 2, 2012 shall be continued to Friday, January 11, 2013 at 1:30 p.m. in Courtroom 5, 17th Floor, 450 Golden Gate Avenue, San Francisco, California, or as soon thereafter as is convenient for the Court.

        b.      Oral argument on Defendant's Motion shall be continued to the same date and time as the Initial Case Management Conference, or as soon thereafter as is convenient for the Court.

        c.      The October 26, 2012 deadline for the Parties to file a Joint Case Management Statement shall be continued to January 4, 2013.

    This is the fifth stipulated time modification in this case; on November 7, 2011, the Parties filed a joint stipulation to extend the time for Defendant to answer, move or otherwise respond to the Complaint, and the Court so ordered on November 9, 2011.  On February 10, 2012, the Parties filed a stipulation and proposed order to reset the Case Management Conference and oral argument on Defendant's Motion, which the Court so ordered on February 13, 2012.  On April 9, 2012, the Parties filed a stipulation and proposed order to reset the Case Management Conference and oral argument on Defendant's Motion, which the Court so ordered on April 10, 2012.  On August 3, 2012, the Parties filed a stipulation and proposed order to reset the Case Management Conference and oral argument on Defendant's Motion, which the Court so ordered, with modification, on August 7, 2012, resetting the date for November 2, 2012.  No trial date has been

//
//
//
//
//
//
//

3

STIPULATION
Case No. C 11-4648-EMC

1  set, so this extension will not require that a trial date be rescheduled, but it will require that the

2  Initial Case Management Conference and related deadlines be rescheduled, as set forth *supra*.

3

4         IT IS SO STIPULATED.

5

6         DATED this 19th day of October 2012.

7  EDELSON MCGUIRE LLP                          DAVIS WRIGHT TREMAINE LLP

8
   By: __/s/ Sean Reis_____           By: _/s/ Thomas R. Burke_____
9
      Sean Reis                                    Thomas R. Burke
10    30021 Tomas Street, Suite 300                505 Montgomery Street, Suite 800
      Rancho Santa Margarita, CA 92688             San Francisco, CA 94111-6533
11    Phone: (949) 459-2124                        Phone: (415) 276-6500
      Attorneys for Jasmine Hubbard and Marvel     Attorneys for Wenner Media LLC
12    Mills

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

STIPULATION
Case No. C 11-4648-EMC

**CERTIFICATION**

I, Sean Reis, am the ECF User whose identification and password are being used to file this Joint Case Management Statement and Request to Continue. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Sharon Schneier has concurred in this filing.

Dated: October 19, 2012

                        EDELSON MCGUIRE LLC

                        By          */s/ Sean Reis*
                                     SEAN REIS
                                     Attorneys for
                        Plaintiffs Jasmine Hubbard and Marvel Mills

**ORDER**

Pursuant to stipulation, the foregoing is approved and IT IS SO ORDERED.

IT IS FURTHER ORDERED that the November 2, 2012 Initial Case Management Conference shall be rescheduled to ~~Friday, January 11, 2013,~~ Thursday, January 17, 2013 at 1:30 p.m. in Courtroom 5, 17th Floor, 450 Golden Gate Avenue, San Francisco, California. Defendant's motion to dismiss is reset for January 17, 2013 at 1:30 p.m.

IT IS SO ORDERED.

DATED: October 22, 2012



_____
THE HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen