Thomas R. Burke (CA State Bar No. 141930)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: thomasburke@dwt.com

Sharon L Schneier (admitted *pro hac vice*)
Camille Calman (admitted *pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1633 Broadway – 27th Floor
New York, New York 10019
Telephone: (212) 489-8230
Facsimile: (212) 489-8340
Email: sharonschneier@dwt.com
Email: camillecalman@dwt.com

Attorneys for Defendant Wenner Media LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JASMINE HUBBARD AND MARVEL MILLS, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>WENNER MEDIA LLC, a Delaware limited liability company<br><br>Defendant. | Case No. 3:11-cv-04648-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CANCEL SETTLEMENT CONFERENCE**<br><br>Judge: Hon. Maria-Elena James |

  Pursuant to the Magistrate Judge's Order Setting Settlement Conference (Dkt. 54), it is hereby stipulated by and among Plaintiffs Jasmine Hubbard and Marvel Mills and Defendant Wenner Media LLC (collectively the "Parties"), by and through their respective counsel of record, as follows:

1

WHEREAS, Plaintiff filed the Complaint in this case on September 20, 2011 (dkt. 1);

WHEREAS, the Parties agreed to participate in a settlement conference with the Hon. Maria-Elena James (dkt. 52);

WHEREAS, Magistrate Judge James entered an Order setting a Settlement Conference for May 2, 2012 at 10:00 a.m. (dkt. 54);

WHEREAS, on April 18, 2012, the Parties stipulated to reset the Settlement Conference in this case to July 25, 2012 (dkt. 59);

WHEREAS, Magistrate Judge James issued an Order resetting the Settlement Conference to July 25, 2012 (dkt. 60);

WHEREAS, on July 16, 2012, the Parties stipulated to reset the Settlement Conference in this case to November 13, 2012 (dkt. 61);

WHEREAS, Magistrate Judge James issued an Order resetting the Settlement Conference to November 13, 2012 (dkt. 62);

WHEREAS, Plaintiff has diligently sought discovery from third-parties that possess information relevant to this lawsuit including third-parties Revenue Enhancement Consultants, Inc., Trifecta Marketing Group, Inc., and T-Mobile USA, Inc.;

WHEREAS, based on the information learned from the aforementioned third-party discovery, the Parties are currently conducting settlement discussions and believe that they are making meaningful progress towards resolving their dispute;

WHEREAS, the Parties believe that it would not be an efficient use of the Parties' or the Court's time and resources to conduct a settlement conference;

IT IS HEREBY STIPULATED AND AGREED by the Parties, through their counsel, that, with the Court's agreement, the settlement conference be cancelled.  IT IS SO STIPULATED.

DATED this 6th day of November 2012.

| EDELSON MCGUIRE LLP | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| By:__/s/ Sean Reis_____ | By:__/s/ Thomas R. Burke_____ |

2

Case No. 11-cv-04648 EMC
STIPULATION AND [PROPOSED] ORDER TO CANCEL SETTLEMENT CONFERENCE
DWT 20595911v1 0055960-000015

| | |
|---|---|
| Sean Reis<br>30021 Tomas Street, Suite 300<br>Rancho Santa Margarita, CA 92688<br>Phone: (949) 459-2124<br>Attorneys for Jasmine Hubbard and Marvel Mills | Thomas R. Burke<br>505 Montgomery Street, Suite 800<br>San Francisco, CA 94111-6533<br>Phone: (415) 276-6500<br>Attorneys for Wenner Media LLC |

## **ORDER**

Pursuant to stipulation, the foregoing is approved and IT IS SO ORDERED.

IT IS SO ORDERED.

DATED: November ___, 2012

_____
THE HONORABLE MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE