Thomas R. Burke (CA State Bar No. 141930)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111
Telephone:      (415) 276-6500
Facsimile:      (415) 276-6599
Email:          thomasburke@dwt.com

Sharon L Schneier (admitted *pro hac vice*)
Camille Calman (admitted *pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1633 Broadway – 27th Floor
New York, New York 10019
Telephone:      (212) 489-8230
Facsimile:      (212) 489-8340
Email:          sharonschneier@dwt.com
Email:          camillecalman@dwt.com

Attorneys for Defendant Wenner Media LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JASMINE HUBBARD AND MARVEL MILLS, individually and on behalf of a class of similarly situated individuals,<br><br>            Plaintiffs,<br><br>          vs.<br><br>WENNER MEDIA LLC, a Delaware limited liability company<br><br>           Defendant. | Case No. 3:11-cv-04648-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CANCEL SETTLEMENT CONFERENCE**<br><br>Judge:  Hon. Maria-Elena James |

Pursuant to the Magistrate Judge's Order Setting Settlement Conference (Dkt. 54), it is hereby stipulated by and among Plaintiffs Jasmine Hubbard and Marvel Mills and Defendant Wenner Media LLC (collectively the "Parties"), by and through their respective counsel of record, as follows:

DAVIS WRIGHT TREMAINE LLP

1  WHEREAS, Plaintiff filed the Complaint in this case on September 20, 2011 (dkt. 1);

2  WHEREAS, the Parties agreed to participate in a settlement conference with the Hon.

3  Maria-Elena James (dkt. 52);

4  WHEREAS, Magistrate Judge James entered an Order setting a Settlement Conference for

5  May 2, 2012 at 10:00 a.m. (dkt. 54);

6  WHEREAS, on April 18, 2012, the Parties stipulated to reset the Settlement Conference in

7  this case to July 25, 2012 (dkt. 59);

8  WHEREAS, Magistrate Judge James issued an Order resetting the Settlement Conference

9  to July 25, 2012 (dkt. 60);

10  WHEREAS, on July 16, 2012, the Parties stipulated to reset the Settlement Conference in

11  this case to November 13, 2012 (dkt. 61);

12  WHEREAS, Magistrate Judge James issued an Order resetting the Settlement Conference

13  to November 13, 2012 (dkt. 62);

14  WHEREAS, Plaintiff has diligently sought discovery from third-parties that possess

15  information relevant to this lawsuit including third-parties Revenue Enhancement Consultants,

16  Inc., Trifecta Marketing Group, Inc., and T-Mobile USA, Inc.;

17  WHEREAS, based on the information learned from the aforementioned third-party

18  discovery, the Parties are currently conducting settlement discussions and believe that they are

19  making meaningful progress towards resolving their dispute;

20  WHEREAS, the Parties believe that it would not be an efficient use of the Parties' or the

21  Court's time and resources to conduct a settlement conference;

22  IT IS HEREBY STIPULATED AND AGREED by the Parties, through their counsel, that,

23  with the Court's agreement, the settlement conference be cancelled.  IT IS SO STIPULATED.

24  DATED this 6th day of November 2012.

25  EDELSON MCGUIRE LLP                    DAVIS WRIGHT TREMAINE LLP

26  By:__/s/ Sean Reis_____     By:__/s/ Thomas R. Burke_____

27

28

DAVIS WRIGHT TREMAINE LLP

2

Sean Reis                                    Thomas R. Burke
30021 Tomas Street, Suite 300                505 Montgomery Street, Suite 800
Rancho Santa Margarita, CA 92688             San Francisco, CA 94111-6533
Phone: (949) 459-2124                        Phone: (415) 276-6500
Attorneys for Jasmine Hubbard and Marvel     Attorneys for Wenner Media LLC
Mills

### <u>ORDER</u>

Pursuant to stipulation, the foregoing is approved and IT IS SO ORDERED.

IT IS SO ORDERED.

DATED:  November __7__, 2012

_____
THE HONORABLE MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

DAVIS WRIGHT TREMAINE LLP

3