Sean Reis (SBN 184004)
EDELSON MCGUIRE LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Tel: (949) 459-2124
Fax: (949) 459-2123
Email: sreis@edelson.com
*Attorney for Plaintiffs Jasmine Hubbard and Marvel*

Thomas R. Burke – (SBN 141930)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111
Tel: (415) 276-6500
Fax: (415) 276-6599
Email: thomasburke@dwt.com
*Attorneys for Defendant Wenner Media LLC*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| JASMINE HUBBARD AND MARVEL MILLS, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>WENNER MEDIA LLC, a Delaware limited liability company<br><br>Defendant. | Case No. 3:11-cv-04648-EMC<br><br>**STIPULATED DISMISSAL AND [PROPOSED] ORDER**<br><br>Judge: Hon. Edward M. Chen |

Plaintiffs JASMINE HUBBARD AND MARVEL MILLS ("Plaintiffs") and Defendant WENNER MEDIA LLC ("Defendant"), by and through their undersigned counsel, hereby agree and stipulate Pursuant to Federal Rule of Civil Procedure 41(a) to dismiss this case in its entirety (1) with prejudice as to Plaintiffs' individual claims, and (2) without prejudice as to any putative class claims.

Dated: January 7, 2013

EDELSON MCGUIRE LLP

By: /s/ Sean P. Reis _____
   Sean Reis
   30021 Tomas Street, Suite 300

Dated: January 7, 2013

DAVIS WRIGHT TREMAINE LLP

By: /s/ Thomas R. Burke_____
   Thomas R. Burke
   505 Montgomery Street, Suite 800

1

| | |
|---|---|
| Rancho Santa Margarita, CA 92688<br>Phone: (949) 459-2124<br>Attorneys for Jasmine Hubbard and Marvel Mills | San Francisco, CA 94111-6533<br>Phone: (415) 276-6500<br>Attorneys for Wenner Media LLC |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### **[PROPOSED] ORDER**

Pursuant to the Parties' Stipulation and Federal Rule of Civil Procedure Rule 41(a), IT IS SO ORDERED that this case be dismissed in its entirety, (1) with prejudice as to Plaintiffs' individual claims, and (2) without prejudice as to any putative class claims.

DATED: _____, 2013.

_____
The Honorable Edward M. Chen
United States District Court Judge

STIPULATED DISMISSAL
Case No. 3:11-cv-04648-EMC
DWT 20780888v1 0055960-000015